IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT S. RUDOLPH,

        Plaintiff,

vs.                                                                                                  Civ. No. 02-437 LH/WWD ACE

CASA CHEVROLET, INC.,

        Defendant & Third Party Plaintiff,

vs.

ELOY AND LOUISE SAIZ,

        Third Party Defendants.

## MEMORANDUM OPINION AND ORDER

        This matter comes before the Court upon Plaintiff's Motion to Compel Casa Chevrolet to Answer Discovery [docket no. 23] filed September 24, 2002.  The motion seeks an order compelling full and complete answers to interrogatories numbered 8, 11, and 15; and also production in accordance with requests for production 1, 2, 11, and 12.  On or before November 15, 2002, Defendant shall furnish full and complete answers to interrogatories 8, 11 and 15, with the answer to interrogatory no. 8 being limited to "alleged odometer fraud".   On or before November 15, 2002, Defendant shall produce to Plaintiff all documents not heretofore produced in connection with requests for production 1 and 2.  The objections to requests for production 11 and 12 are sustained.

        Discovery shall proceed in accordance with the foregoing.

        **IT IS SO ORDERED**.

                                                                             UNITED STATES MAGISTRATE JUDGE